Annie Theresa Hearne Heise, Respondent, v. Selected Securities Company, Appellant.— Order affirmed, with teh dollars costs and disbursements. No opinion.

Louis Bauer, Respondent, v. Henrietta M. Parker, as Executrix, etc., of John L. Macaulay, Deceased, and Others, Impleaded with Gamaliel C. St. John, as Executor, etc., of Wallace C. Andrews, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Bauer, Respondent, v. Henrietta M. Parker, as Executrix, etc., of John L. Macaulay, Deceased, and Others, Impleaded with Edwin Parsons and Others, as Executors, etc., of Charles Parsons, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Bauer, Respondent, v. Henrietta M. Parker, as Executrix, etc., of John L. Macaulay, Deceased, and Others, Impleaded with George E. Yost and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James A. Allen, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Waterman T. Hewett, Respondent, v. Century History Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary E. McNulty, Respondent, v. Patrick J. McNulty, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Otto J. Spahn, Appellant, v. Edmond J. Butler, as Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bertha Schiefer, Appellant, v. Minna Freygang, Individually and as Administratrix, etc., of Oscar C. Freygang, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Edward J. Kelly, Appellant, v. Robert W. Hebberd, Commissioner of the Department of Public Charities, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry P. Barr, Appellant, v. John A. Mead Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry P. Barr, Appellant, v. John A. Mead and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John Veltri, Respondent, v. F. W. Gesswein Company, Appellant.— Order modified by inserting therein as a further condition that the plaintiff pay all costs of the action to date, and ten dollars costs of motion, and as so modified affirmed, without costs. No opinion.

William J. Atkinson, Respondent, v. Arnold B. Heine and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Charles E. Ackron.— Motion to dismiss appeal denied upon condition that appellant have his appeal ready for argument at the December term.